**Order entered February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00682-CV

**RUBEN MONREAL, Appellant**

**V.**

**BRUCE ALAN DOTSY D/B/A DOTSY TRUCKING SERVICE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02331-D**

## ORDER

Before the Court is appellant's February 13, 2015 motion for an extension of time to file his brief. Appellant submitted his electronic brief for filing on February 17, 2015. In a postcard notice dated February 17, 2015, this Court informed appellant that the brief was not filed because it was not properly bookmarked and did not comply with rule 9 of the rules of appellate procedure. *See* TEX. R. APP. P. 9. Accordingly, we **GRANT** appellant's motion **TO THE EXTENT** that appellant shall file a compliant brief by **FEBRUARY 27, 2015**.

/s/      ELIZABETH LANG-MIERS
              JUSTICE